the same effect to Amendment 674. See, e.g., Heller v. Doe, 509 U.S. 312, 320, 113 S.Ct. 2637, 125 L.Ed.2d 257 (1993). Appellees could have rationally concluded that offenders who were sentenced under the Armed Career Criminal Act, 18 U.S.C. § 924(e), and would benefit from Amendment 674 if it were made retroactive were less deserving of having their sentences reduced than other recidivist offenders without the same criminal history who would benefit from Amendment 599 if it were made retroactive.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

Office (USA), Appellate Division, Washington, DC, for Plaintiff–Appellee.

David B. Smith, David B. Smith, PLLC, Alexandria, VA, Warden (Washington CDF), Central Detention Facility, DC Prison, Washington, DC, for Defendant–Appellant.

Lonnell Glover, Pro Se.

### ORDER

Upon consideration of appellant's notice of dismissal, his motion to dismiss appeal, and the affidavit in support thereof, it is

**ORDERED** that the motion be granted, and this case be dismissed. See D.C. Circuit Handbook of Practice and Internal Procedures 34-35 (2016).

---

**UNITED STATES of America, Appellee**

v.

**Lonnell GLOVER, Appellant**

No. 16-3001
September Term, 2016

United States Court of Appeals, District of Columbia Circuit.

Filed: 11/23/2016

Zia Mustafa Faruqi, Elizabeth Trosman, Esquire, Assistant U.S. Attorneys, USAO Appellate Counsel, U.S. Attorney's

**Mary E. CHAMBERS, Appellant**

v.

**OFFICE OF the ATTORNEY GENERAL, et al.,**
**Appellees**

No. 16-7090
September Term, 2016

United States Court of Appeals, District of Columbia Circuit.

Filed: 12/09/2016

Johnnie L. Johnson, III, Senior Trial Attorney, Law Office of Johnnie Louis Johnson III LLC, Reston, VA, for Plaintiff–Appellant.